# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>EDUARDO LARA-FLORES (1),<br><br>      Defendant. | CASE NO. 12CR1592-BEN<br><br>JUDGMENT OF DISMISSAL |

12 DEC 18 PM 4:21

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

TITLE 8 U.S.C. §1326(a) and (b); TITLE 18 U.S.C. §911.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 17, 2012

                Hon. Roger T. Benitez
                U.S. District Judge